UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE SHERMAN, | ) | CIVIL ACTION NO. 4:19-CV-1509 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| ANDREW SAUL, | ) | |
| Defendant | ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion, Plaintiff's request for the award of benefits, or in the alternative a new administrative hearing is DENIED as follows:

(1) The final decision of the Commissioner is AFFIRMED.

(2) Final judgment is issued in favor of Andrew Saul, Commissioner of Social Security.

(3) The Clerk of Court is directed to CLOSE this case.

Date: August 10, 2020

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge